# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MICHELLE ECHLIN,<br><br>                Plaintiff,<br>  v.<br><br>PEACEHEALTH, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: CV14-5211-BJR |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants' motion for summary judgment is GRANTED and Plaintiff's claims are DISMISSED.

Dated: April 23, 2015.

                                                  William M. McCool<br>
                                                  Clerk of Court

                                                  s/Mary Duett<br>
                                                  Deputy Clerk